```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF TEXAS
            DALLAS DIVISION
```

| | | |
|---|---|---|
| ANTONIO DESMOND STONE, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:10-CV-2190-D |
| VS. | § | (Criminal No. 3:07-CR-359-D) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the January 10, 2013 report and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the report and recommendation of the magistrate judge are adopted.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's report and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct

in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

**SO ORDERED.**

February 28, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE