IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO DESMOND STONE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | Criminal No. 3:10-CV-2190-D |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 29, 2016 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, petitioner Antonio Desmond Stone's ("Stone's") December 31, 2015 motion to reopen the petitioner 28 U.S.C. § 2255 motion pursuant to Rule 15(c)(2) related back to the original filing is denied. The duplicate copy of Stone's motion filed on April 26, 2016 is terminated as a duplicate filing.

**SO ORDERED**.

May 24, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE